IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-32-01 |
| | CIVIL NO. 04-3906 |
| vs. | |
| DAMON CHAPPELLE<br>aka/ KEVIN JESSUP | FILED<br>OCT 26 2007<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

" MOTION FOR CLARIFICATION OF SENTENCE "

Now comes the Defendant Damon Chappelle "Pro Se" requesting the Honorable court to clarify and modify the sentence imposed for the aforementioned case (No.02-32-01).

RECEIVED
OCT 26 2007

STATEMENT OF FACTS

On September 26, 2001 defendant was arrested for narcotics and a firearm, then taken into state custody. On Febuary 20, 2002 the defendant left state custody on a federal writ and was indicted by the United States Government on the narcotics and firearm, charged on counts 922(g), 924(c), 841(a) and 860(a). Defendant was convicted on all counts and sentenced on September 23, 2002 to a term of 162 months and 6 years supervised release.

On September 25, 2002 defendant was returned back to state custody. Upon arrival defendant served 18 months for parole violations and for being a convicted parole violator from the new criminal conviction in federal court. (See Exhibit-A)
Defendant received numerous revocation hearings while confined in state custody. On November 9, 2006 defendant was granted parole to federal detainer. (See Exhibit-B)
Subsequently on November 21, 2006 defendants motion to correct sentence under U.S.C.§ 2255 (Document No.56) was granted and defendants conviction and sentence was vacated.

Defendant entered a plea agreement with the United States Government in "Good Faith" that a concurrent sentence would be imposed. The District court excepted defendants plea and resentenced defendant to 95 months to run concurrent with any undischarged term of imprisonment resulting from the revocation of probation in the state court, with time credit from September 23, 2002. The Honorable court resentenced defendant with the intent that some relief would be awarded to defendant. However, the Pennsylvania Parole Board is not honoring this concurrent sentence imposed by the District Court, and now defendant is being subjected to additional time which would be of no relief, causing defendant to be incarcerated longer than the Disrtict Court intended.

On March 2, 2007 the parole board revoked and rescinded defendants parole (See Exhibit-C) based on the courts November 21, 2006 decision to vacate the defendants original conviction and sentence. (See Exhibit-D) The parole board scheduled defendant for another parole hearing based on "new criminal conviction", (See Exhibit-E) when infact this was not a new conviction but only a change of plea for the same offense.
The parole board is interpreting this change of plea as a new conviction.

On June 25, 2007 the parole board recommitted defendant to an addtional 36 months for being a convicted parole violator (See Exhibit-F) again for the same action that took place on December 2, 2003. (See Exhibit-A)

(1)

Furthermore the parole board has not honored the concurrent sentence imposed by the District court, stopping the defendants state time on September 23,2002, despite the fact that defendant was actually incarcerated in a state institution from September 23,2002 until July 18,2007. A member of the parole board stated that the defendant will not recieve credit for the state sentence because he has recieved credit already for the federal sentence and will not be awarded a concurrent sentence, eventhough defendant was in the soul custody of the state.

Defendant offically signed out of state custody on July 18, 2007 and was taken into U.S. Marshall custody on July 19,2007, in which defendant is currently serving the remaining federal sentence. However there is a state detainer lodged against the defendant(See Exhibit-G) when there should not because the defendants maxium state sentence expired on 1-26-2007 (See Exhibit-E). The defendant is not eligible for the drug program , or the good time and pre-release date due to this detainer. (See Exhibit-G)

## IN CLOSING

The defendant seeks relief from the Honorable court on the following matter, which is the courts sentence of 95 months to be served concurrent to any on going state sentence that has not been honored by state authorities.

Therefore, defendant now ask that the Honorable court restructure the 95 months sentence to reflect a 37 month sentence with time credit from July 19, 2007. (Date entered B.O.P. to offially begin serving the federal sentence) while the remaining 58 months (September 23,2002 through July 18, 2007) will reflect the time served on state sentence. This will result in a new judgement of committment to be issued to both state [ i.e. parole board] and federal authorities [B.O.P.] subjecting defendant to the same August 15, 2009 release date. [See Exhibit-G]

Wherefore, defendant prays that the Honorable Court restructure the defendants sentence, and clarify to Pennsylvania parole board on how the federal sentence imposed is to be served.

Thank you for your time
and consideration,

Respectfully Submitted.

DAMON CHAPPELLE
aka/ KEVIN JESSUP
USP Canaan
P.O.Box 300 (unit-B1)
WayMart,Pa.18472

EXHIBIT-A



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE

1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

## NOTICE OF BOARD DECISION

NAME: KEVIN JESSUP
INSTITUTION:  SCI - COAL TOWNSHIP

PAROLE NO:   496AS
INSTITUTION NO:   CX8799

AS RECORDED ON DECEMBER 02, 2003 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

REFER TO BOARD ACTION OF 05/06/2003 TO RECOMMIT TO A STATE CORRECTIONAL INSTITUTION AS A TECHNICAL PAROLE VIOLATOR AND AS A CONVICTED PAROLE VIOLATOR TO SERVE A TOTAL OF 18 MONTHS BACKTIME.

WHILE CONFINED, YOU MUST COMPLY WITH THE INSTITUTION'S PRESCRIPTIVE PROGRAM REQUIREMENTS AND HAVE NO MISCONDUCTS.
YOU MUST PARTICIPATE IN DRUG AND ALCOHOL COUNSELING.

LIST FOR REPAROLE-REVIEW ON THE NEXT AVAILABLE DOCKET.

IF YOU WISH TO APPEAL THIS DECISION, YOU MUST FILE A REQUEST FOR ADMINISTRATIVE RELIEF WITH THE BOARD WITHIN THIRTY DAYS OF THIS ORDER. THIS REQUEST SHALL SET FORTH SPECIFICALLY THE FACTUAL AND LEGAL BASIS FOR THE ALLEGATIONS.  SEE 37 PA CODE SEC. 73.  YOU HAVE THE RIGHT TO AN ATTORNEY IN THIS APPEAL AND IN ANY SUBSEQUENT APPEAL TO THE COMMONWEALTH COURT.          DATE MAILED:

DEC 0 8 2003

[JEM 12/02/2003]

PAROLE VIOLATION MAX DATE:   02/16/2008
 CC: PUBLIC DEFENDER
 CC: PUBLIC DEFENDER

CLIENT COPY
KEVIN JESSUP     CX8799
ONE KELLEY DRIVE
SHAMOKIN, PA

17872

Charles Myers
Acting Board Secretary

Notice of Board Decision
PBPP 15(08/02) 1 of 1

**EXHIBIT-B**



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

## NOTICE OF BOARD DECISION

NAME: KEVIN JESSUP
INSTITUTION: SCI - COAL TOWNSHIP

PAROLE NO: 496AS
INSTITUTION NO: CX8799

AS RECORDED ON NOVEMBER 09, 2006 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT, THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS JUSTIFY YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL NOT BE INJURED. THEREFORE, YOU ARE GRANTED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

THE EXISTENCE OF DETAINERS FILED AGAINST YOU.

REPAROLE TO FEDERAL DETAINER SENTENCE. APPROVED HOME TO BE AVAILABLE.

YOU SHALL ABIDE BY THE RULES AND REGULATIONS OF THE INSTITUTION--MANDATORY.

YOU SHALL PAY A MONTHLY SUPERVISION FEE AS DETERMINED BY PAROLE SUPERVISION STAFF TO THE PAROLE BOARD WHILE UNDER SUPERVISION WITHIN THE COMMONWEALTH OF PENNSYLVANIA (ACT 35 OF 1991).

WHEN RELEASED TO THE COMMUNITY YOU MUST REPORT IN PERSON TO THE DISTRICT OFFICE OR SUB OFFICE THE NEXT BUSINESS DAY (MONDAY THROUGH FRIDAY) BETWEEN THE WORKING HOURS OF 8:30 A.M. - 5:00 P.M. THE DECISION ANNOUNCED BY THIS BOARD ACTION (PBPP-15) WILL NOT TAKE AFFECT UNTIL YOU HAVE SIGNED THE CONDITIONS (PBPP-11), AND THE RELEASE ORDERS (PBPP-10) HAVE BEEN ISSUED. YOU REMAIN

(CONTINUE ON PAGE 2)

PAROLE VIOLATION MAX DATE: 02/16/2008

CC: DISTRICT ATTORNEY

CLIENT COPY
KEVIN JESSUP         CX8799
SCI - COAL TOWNSHIP
ONE KELLEY DRIVE
COAL TOWNSHIP, PA
17866-1020

Notice of Board Decision
PBPP 15(08/02) 1 of 2

EXHIBIT-C



# COMMONWEALTH OF PENNSYLVANIA
## BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

NAME: KEVIN JESSUP  
INSTITUTION: SCI - COAL TOWNSHIP

PAROLE NO: 496AS  
INSTITUTION NO: CX8799

AS RECORDED ON MARCH 02, 2007 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

RESCIND BOARD ACTION OF 5-6-2003, 12-2-2003, 3-5-2004, 9-17-2004, 9-23-2005 AND 11-9-2006; AND NOW:

REAFFIRM BOARD ACTION OF 3-14-2002 TO RECOMMIT TO A STATE CORRECTIONAL INSTITUTION AS A TECHNICAL PAROLE VIOLATOR TO SERVE 18 MONTHS BACKTIME, WHEN AVAILABLE.

(U.S. DISTRICT COURT DOCKET #02-32-1)  
WTH  03/02/2007

CLIENT COPY  
KEVIN JESSUP    CX8799  
ONE KELLEY DRIVE  
COAL TOWNSHIP, PA

17866-1020

*Cynthia L. Daub*  
Cynthia L. Daub  
Board Secretary

Notice of Board Decision



**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

EXHIBIT-D

Office of the Board Secretary
1101 South Front Street, Suite 5300
Harrisburg, PA 17104-2517

DAMON CHAPPELLE, #56079-066
USP CANAAN
U.S. PENITENTIARY
P.O. BOX 300
WAYMART, PA 18472

RE: PA DOC Inmate No. CX-8799 / Parole No. 496-AS

Dear Mr. Chappelle (a/k/a Kevin Jessup):

This is a response to your **administrative appeal** received July 31, 2007 (postmarked 07/27/2007), which objects to the Board decision mailed June 29, 2007. Specifically, you allege that the Board has recommitted for the same offense twice.

The record reflects that you were originally recommitted as a convicted parole violator by decision mailed May 12, 2003. That decision was subsequently rescinded on March 2, 2007 based on the court's November 21, 2006 decision to vacate your original conviction and sentence. Thus, the Board was authorized to now recommit you again as a convicted parole violator based on your subsequent conviction for the offenses indicated.

Accordingly, the Board decision mailed June 29, 2007 is AFFIRMED.

By the Board,

Cynthia L. Daub
Board Secretary

DATE MAILED: OCT 0 2 2007

/cla

| COMMONWEALTH OF PENNSYLVANIA<br>BOARD OF PROBATION AND PAROLE<br>PBPP - 257N | | NOTICE OF CHARGES<br>AND HEARINGS | | [X] BOARD PAROLE<br>[X] BOARD REPAROLE<br>[ ] OTHER STATE PAROLE<br>[ ] OTHER STATE PROB |
|---|---|---|---|---|
| Arrest Report. No. **2** | Date of Rpt. | | | |

| OFFENDER NAME (Last, First, Middle Initial)<br>**JESSUP, KEVIN** | PAROLE NO.<br>**496AS** | SID NO.<br>**21714127** | INST. & NO.<br>**SCI - Coal Township CX-8799** |
|---|---|---|---|

| COUNTY/STATE OF CONV.<br>**PHILADELPHIA** | SENTENCE<br>**6YR - 12YR** | MINIMUM DATE<br>**01/26/2001** | RELEASE DATE<br>**04/09/2001** | MAXIMUM DATE<br>**01/26/2007** |
|---|---|---|---|---|

| PRESENT OFFENSE<br>**ROBBERY;VUFA** | EFF. DATE OF DELINQ. (If applicable)<br>**06/15/2001** |
|---|---|

This notice is in reference to your upcoming hearing: (Your rights for this are indicated on the reverse side)

[ ] Preliminary Hearing    [ ] Detention Hearing        [ ] Probable Cause Hearing
[ ] Violation Hearing      [X] Revocation Hearing       [ ] Panel Hearing

**CHARGES**

You are charged with the following :

PPN: #739970

NEW CRIMINAL CONVICTION:

DATE OF ARREST: 9/16/2001

DATE OF CONVICTION: 11/21/2006

COUNTY AND STATE: PHILADELPHIA, PA

COURT NAME: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

CASE NUMBER: CR. 02-32-01

OFFENSES AND GRADING: POSSESSION WITH INTENT TO DISTRIBUTE "CRACK" COCAINE, POSSESSION WITH INTENT TO DISTRIBUTE "CRACK" COCAINE, FELON IN POSSESSION OF A FIREARM AND AMMUNITION.

SENTENCING: NINETY-FIVE MONTHS (WITH CREDIT FOR TIME SERVED SINCE 2/23/2002, FOUR YEARS SUPERVISED RELEASE TO FOLLOW, $300.00 IN COURT COSTS AND FEES.

OFFENDER'S SIGNATURE _[signature]_    DATE SIGNED 5/21/07

[ ] You are now being charged with the above additional violations which will be heard along with the original charges at your violation and/or revocation hearing. (See reverse side "Notice of Additional Charges").

| HEARING DATE AND TIME | PUBLIC DEFENDER : | LOCATION: |
|---|---|---|
| DATE : **May 25, 2007**<br>TIME : **10:45 a.m.** | **waived** | SCI-Coal Township<br>One Kelley Drive<br>Coal Township, PA 17866 |
| AGENT NAME/SIGNATURE/DATE | SUPERVISOR NAME/SIGNATURE/DATE<br>_[signature]_ **MARK R. CAREY DDD** 03/26/2007 | OFFICE NAME<br>CWD PHILA DIST. |

Page 1 of 1

EXHIBIT-F



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

NOTICE OF BOARD DECISION

NAME: KEVIN JESSUP
INSTITUTION: SCI - COAL TOWNSHIP

PAROLE NO: 496AS
INSTITUTION NO: CX8799

AS RECORDED ON JUNE 25, 2007 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

REFER TO BOARD ACTION OF 03/14/2002 TO RECOMMIT TO A STATE CORRECTIONAL INSTITUTION AS A TECHNICAL PAROLE VIOLATOR TO SERVE 18 MONTHS BACKTIME, WHEN AVAILABLE, AND NOW;

RECOMMIT TO A STATE CORRECTIONAL INSTITUTION AS A CONVICTED PAROLE VIOLATOR WHEN AVAILABLE TO SERVE 36 MONTHS CONCURRENTLY FOR A TOTAL OF 36 MONTHS BACKTIME.
-- 36 MONTHS FOR THE OFFENSES OF POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE, POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE WITHIN 1000 FEET OF A SCHOOL AND FELON IN POSSESSION OF A FIREARM AND AMMUNITION.
EVIDENCE RELIED ON: CERTIFIED COPY OF COURT RECORD PROVING CONVICTION.
REASON: CONVICTION IN A COURT OF RECORD ESTABLISHED. FIREARM USED IN ORIGINAL OFFENSE AND AGAIN IN PRESENT CASE. PRIOR FIREARMS CASES IN 1993.

WHILE CONFINED, YOU MUST COMPLY WITH THE INSTITUTION'S PRESCRIPTIVE PROGRAM REQUIREMENTS AND HAVE NO MISCONDUCTS.
YOU MUST PARTICIPATE IN DRUG AND ALCOHOL COUNSELING.

IF YOU WISH TO APPEAL THIS DECISION, YOU MUST FILE A REQUEST FOR ADMINISTRATIVE RELIEF WITH THE BOARD WITHIN THIRTY DAYS OF THIS ORDER. THIS REQUEST SHALL SET FORTH SPECIFICALLY THE FACTUAL AND LEGAL BASIS FOR THE ALLEGATIONS. SEE 37 PA CODE SEC. 73. YOU HAVE THE RIGHT TO AN ATTORNEY IN THIS APPEAL AND IN ANY SUBSEQUENT APPEAL TO THE COMMONWEALTH

(CONTINUE ON PAGE 2)

CLIENT COPY
KEVIN JESSUP    CX8799
ONE KELLEY DRIVE
COAL TOWNSHIP, PA

17866-1020

Notice of Board Decision
PBPP 15(08/02) 1 of 2

```
   CAA1F   540*23  *              SENTENCE MONITORING         *     09-26-2007
   PAGE 001         *              COMPUTATION DATA           *     11:50:50
                                   AS OF 09-26-2007
   REGNO..: 56079-066  NAME: CHAPPELLE, DAMON


   FBI NO............: 511135TA5
   ARS1..............: CAA/A-DES             DATE OF BIRTH: 04-03-1975
   UNIT..............: B1 UNIT
   DETAINERS.........: YES                   QUARTERS.....: B02-209U
                                             NOTIFICATIONS: NO
   PRE-RELEASE PREPARATION DATE: 02-15-2009

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  08-15-2009 VIA GCT REL

   ---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------
   COURT OF JURISDICTION............: PENNSYLVANIA, EASTERN DISTRICT
   DOCKET NUMBER....................: CR' 02-32-01
   JUDGE............................: SAVAGE
   DATE SENTENCED/PROBATION IMPOSED.: 11-21-2006
   DATE COMMITTED...................: 11-21-2006
   HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED................: NO

                      FELONY ASSESS    MISDMNR ASSESS    FINES            COSTS
   NON-COMMITTED.:    $300.00          $00.00            $00.00           $00.00

   RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:   $00.00

   ---------------------CURRENT OBLIGATION NO: 010 -----------------------------
   OFFENSE CODE....:  381
   OFF/CHG: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE "CRACK"
            COCAINE CT 1. 21:860(A) POSSESSION WITH INTENT TO DISTRIBUTE
            "CRACK" COCAINE WITHIN 1000 FEET OF A SCHOOL CT 2.

   SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    95 MONTHS
   TERM OF SUPERVISION..............:  4 YEARS
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER.....: CC OBLG 020
   DATE OF OFFENSE..................: 09-25-2001




   G0002         MORE PAGES TO FOLLOW . . .
```

```
CAA1F   540*23  *            SENTENCE MONITORING         *     09-26-2007
PAGE 002          *            COMPUTATION DATA           *     11:50:50
                                AS OF 09-26-2007

REGNO..: 56079-066  NAME: CHAPPELLE, DAMON


------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-04-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-14-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010:  010 010

DATE COMPUTATION BEGAN..........: 11-21-2006
TOTAL TERM IN EFFECT............:     95 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      7 YEARS      11 MONTHS
EARLIEST DATE OF OFFENSE........: 09-25-2001

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     09-23-2002    11-20-2006

TOTAL PRIOR CREDIT TIME.........: 1520
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 372
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 08-15-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-22-2010


PROJECTED SATISFACTION DATE.....: 08-15-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: PRIOR CUSTODY CRT AWARDED FROM 9-23-02 PURSUANT TO USSG 5G1.3
                (CC)




G0002         MORE PAGES TO FOLLOW . . .
```

```
CAA1F   540*23   *           SENTENCE MONITORING           *      09-26-2007
PAGE 003 OF 003  *           COMPUTATION DATA              *      11:50:50
                              AS OF 09-26-2007

REGNO..: 56079-066 NAME: CHAPPELLE, DAMON


------------------------------ CURRENT DETAINERS: ------------------------------
DETAINER NO..: 001
DATE LODGED..: 07-30-2007
JURISDICTION.: STATE OF PENNSYLVANIA
AUTHORITY....: PA PAROLE
CHARGES......: PAROLE VIOLATION




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
CAA1F  542*22 *              SENTENCE MONITORING           *      09-26-2007
PAGE 001 OF 001 *              GOOD TIME DATA              *      11:50:59
                             AS OF   09-26-2007

REGNO...: 56079-066    NAME: CHAPPELLE, DAMON
ARS 1...: CAA A-DES
COMPUTATION NUMBER..: 010                              PLRA
LAST UPDATED: DATE.: 01-04-2007        FUNC..: PRT    ACT DT:
UNIT................: B1 UNIT          FACL..: DSC    CALC: AUTOMATIC
DATE COMP BEGINS....: 11-21-2006       QUARTERS............: B02-209U
TOTAL JAIL CREDIT...: 1520             COMP STATUS.........: COMPLETE
CURRENT REL DT......: 11-25-2009 WED   TOTAL INOP TIME.....: 0
PROJ SATISFACT DT...: 08-15-2009 SAT   EXPIRES FULL TERM DT: 08-22-2010
ACTUAL SATISFACT DT.:                  PROJ SATISF METHOD..: GCT REL
DAYS REMAINING......:                  ACTUAL SATISF METHOD:
                                       FINAL PUBLC LAW DAYS:

--------------------------GOOD CONDUCT TIME AMOUNTS---------------------------
   START        STOP       MAX  POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   DATE         DATE       DIS     FFT         DIS     FFT      AMOUNT    DATE
 09-23-2002  09-22-2003    54      54
 09-23-2003  09-22-2004    54     108
 09-23-2004  09-22-2005    54     162
 09-23-2005  09-22-2006    54     216
 09-23-2006  09-22-2007    54     270
 09-23-2007  09-22-2008    54
 09-23-2008  08-15-2009    48

     TOTAL EARNED AMOUNT.............................................:  270
     TOTAL EARNED AND PROJECTED AMOUNT...............................:  372




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```